138 A.3d 542

IN THE MATTER OF JOSEPH ALBANO, AN ATTORNEY
AT LAW (ATTORNEY NO. 031631987).

June 16, 2016.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 16–078 of **JOSEPH ALBANO** of **HASBROUCK HIGHTS**, who was admitted to the bar of this State in 1987;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.1(b), *RPC* 1.3, and *RPC* 1.4(b), and that said conduct warrants a censure or lesser discipline;

And the Office of Attorney Ethics and respondent having further agreed that respondent should be required to provide the Office of Attorney Ethics with proof of his continued treatment by a mental health professional;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket Nos. XIV–2015–0149E, XIV–2015–0150E, and XIV2015–0151E;

And the Disciplinary Review Board having further determined that respondent should be required to provide the Office of

Attorney Ethics with proof of respondent's continued treatment by a mental health professional through 2016;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOSEPH ALBANO** of **HASBROUCK HIGHTS** is hereby censured; and it is further

ORDERED that respondent shall submit proof to the Office of Attorney Ethics of his continued treatment by a mental health professional approved by the Office of Attorney Ethics through 2016; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.